UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                                          CHAPTER 13

LAWRENCE SOWELL, JR.                              CASE NO. 12-80405

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   Select Portfolio Services          **Court claim #: 3**

**Last four digits** of any number used to identify the debtor's account: 2089

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $16,127.78 |
| Amount Paid by Trustee | $16,127.78 |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan            ☒   Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  4/22/2015                    /s/Lydia S. Meyer
                                     Lydia S. Meyer, Trustee
                                     308 W. State St., Suite 212
                                     Rockford, IL  61101

Certificate of Service
I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 22nd Day of April, 2015.

Dated:  4/22/2015                    /s/Cynthia K. Burnard

SELECT PORTFOLIO SERVICING
REMITTANCE PROCESSING
PO BOX 65450
SALT LAKE CITY, UT 84165

SPRINGLEAF FINANCIAL SERVICES INC
FKA AMERICAN GENERAL
342 W. CHRYSLER DR.
BELVIDERE, IL  61008-6001

SPRINGLEAF FINANCIAL SERVICES INC
PO BOX 3251
EVANSVILLE, IN 47731-3251

SELECT PORTFOLIO SERVICING INC
PO BOX 65250
SALT LAKE CITY, UT 54165-0250

ATTORNEY STEPHEN G. BALSLEY
BARRICK, SWITZER, LONG,
  BALSLEY & VAN EVERA
6833 STALTER DRIVE
ROCKFORD, IL  61108

LAWRENCE SOWELL, JR.
1518 REGINA LANE
ROCKFORD, IL  61102

ATTORNEY PHILIP H. HART
UAW LEGAL SERVICES
600 S. STATE ST., SUITE 200
BELVIDERE, IL  61008