## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

IN RE:                                                            Chapter 13

Lawrence Sowell, Jr.                                   No.   12-80405

           Debtor                                Hon.  Thomas M. Lynch

### NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

    PLEASE TAKE NOTICE that on May 1, 2015, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

                                            _____/s/ Ross T. Brand_____

### Certificate of Service

    The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Philip H. Hart and Lydia Meyer on May 1, 2015.

                                            _____/s/ Ross T. Brand_____

Ross T. Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-236-0077

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Lawrence Sowell, Jr.
1518 Regina Lane
Rockford, IL 61102

Lydia Meyer
Lydia Meyer - 13 Trustee
Rockford, IL 61105-4127

Philip H. Hart
UAW-DaimlerChrysler Legal Services Plan
600 S. State Street, Ste. 200
Belvidere, Il 61008